IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JEFFREY HUGHES,

    Plaintiff,

vs.

DR. JOSEPH OWENS and
DR. SAFER,

    Defendants.

CIVIL ACTION NO.: CV699-114

## ORDER

Plaintiff has filed a "Motion for Reconsideration." The motion is nothing more than nonsensical rambling prose. Plaintiff's motion is **DISMISSED**.

**SO ORDERED**, this 6th day of July, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)